IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH L. WHITE,**<br>Plaintiff, | CIVIL ACTION |
| v. | |
| **CITY OF LANCASTER, PA., et. al.,**<br>Defendant. | NO. 16-4225 |

# O R D E R

**AND NOW**, this 6th day of March, 2018, upon consideration of Defendants' Motion for Summary Judgment (ECF Nos. 64, 65, & 70), Plaintiff's Response in Opposition thereof (ECF Nos. 68 &72), and Defendants' Response to Plaintiff's Additional Facts (ECF No. 71), **IT IS ORDERED** that Defendants' Motion is **GRANTED**.

The Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**